IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>YORDANIS LEYVA-LOREZ,<br><br>              Defendant. | **8:25CR219**<br><br>**ORDER** |

      This matter is before the Court on Defendant's Motion to Extend Pretrial Motion Deadline, (Filing No. 38). The motion is unopposed by the government. For good cause shown, the Court finds the motion should be granted in part for a 30-day extension. Accordingly,

      IT IS ORDERED:

1)     Defendant's Motion to Extend Pretrial Motion Deadline, (Filing No. 38), is granted in part for a 30-day extension.

2)     Pretrial motions shall be filed by February 17, 2026.

3)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between January 16, 2026 and February 17, 2026, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4)     **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

Dated this 14th day of January, 2026.

                                                       BY THE COURT:

                                                       s/ Ryan C. Carson
                                                       United States Magistrate Judge